Case Number 15-20426

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

**THE UNITED STATES OF AMERICA,**

*Plaintiff-Appellee,*

**v.**

**EDGAR SHAKBAZYAN,**

*Defendant-Appellant*

---

On Appeal from the United States District Court for the Southern District of Texas,
Case Number 4:13-cr-00367
(The Honorable Melinda Harmon)

---

**UNOPPOSED MOTION TO REOPEN CASE**

MARK J. GERAGOS
GERAGOS & GERAGOS, APC
644 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255
California State Bar Number 108325
geragos@geragos.com

ATTORNEYS FOR
EDGAR SHAKBAZYAN

1

## I. INTRODUCTION

This case should be reopened because Edgar Shakbazyan's counsel has made the necessary arrangements with the court reporters to order transcripts. Moreover, the transcript order forms were not initially filed because the vast majority of the critical transcripts in this case are already on file at the clerk's office for the Southern District of Texas. These transcripts have been on file for several months. The Government is unopposed to this motion. Therefore, this Court should grant this unopposed Motion to Reopen the Case.

## II. GOOD CAUSE EXISTS FOR REOPENING THE CASE.

The Court dismissed this case because arrangements were not made for transcripts and transcript order forms were not filed by this Defendant. However, a vast majority of the transcripts are already on file and the transcript order forms were sent on August 28, 2015 by facsimile and mail. The transcript order forms have since been filed and arrangements have been made for the transcripts. Accordingly, the interests of justice require that this case be reopened and Mr. Shakbazyan's appeal be heard on the merits. The appeal was only recently filed and Mr. Shakbazyan has not filed his opening brief. The Government also does not oppose this motion.

Moreover, the transcript order forms were initially not submitted because the majority of the transcripts are already on file at the clerk's office for the Southern

District of Texas.  Copies of the transcript order forms are attached hereto as Exhibit "A."  Given that the vast majority of the transcripts are already on file, the appeal can proceed.

As such, this case should be reopened because the transcript order forms have been filed, a majority of the transcripts are already on file, and the Government has no objection.

### III.  CONCLUSION

For the foregoing reasons, Mr. Shakbazyan respectfully requests that the Court reopen the case.

    Respectfully submitted,
    GERAGOS & GERAGOS, APC

    /s/ Mark J. Geragos
    MARK J. GERAGOS
    CA State Bar No. 108325
    644 S. Figueroa Street
    Los Angeles, California 90017
    Telephone: (213) 625-3900
    Facsimile: (213) 232-3255
    ATTORNEYS FOR
    EDGAR SHAKBAZYAN

## CERTIFICATE OF CONFERENCE

I hereby certify that my office contacted counsel for Plaintiff, United States of America through its counsel, the Office of the United States Attorney (the "Government"), on August 27, 2015 regarding this motion. The Government indicated that it would not oppose Mr. Shakbazyan's case being reopened.

> Respectfully submitted,
> GERAGOS & GERAGOS, APC
>
> /s/ Mark J. Geragos
> MARK J. GERAGOS

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this instrument via the Fifth Circuit's CM/ECF system per the Local Rules on this the 2nd day of September, 2015.

> Respectfully submitted,
> GERAGOS & GERAGOS, APC
>
> /s/ Mark J. Geragos
> MARK J. GERAGOS